UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: UPP, JACQUELINE | § | Case No. 09-34949-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Clerk of U.S. Bankruptcy Court
  219 S. Dearborn Street
  Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/01/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  03/01/2011          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                        Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: UPP, JACQUELINE § Case No. 09-34949-JS
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 201,501.58 |
| *and approved disbursements of* | $ | 193,994.41 |
| *leaving a balance on hand of* [1] | $ | 7,507.17 |
| **Balance on hand:** | $ | 7,507.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 7,507.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Fees - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 52.53 | 0.00 | 52.53 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,000.00 | 0.00 | 1,000.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 4,802.53 |
| Remaining balance: | $ | 2,704.64 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,704.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,704.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,472.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 4,955.11 | 0.00 | 323.73 |
| 2 | PYOD LLC its successors and assigns as assignee of | 2,846.60 | 0.00 | 185.98 |
| 3 | PYOD LLC its successors and assigns as assignee of | 423.69 | 0.00 | 27.68 |
| 4 | PYOD LLC its successors and assigns as assignee of | 594.54 | 0.00 | 38.84 |
| 5 | DISCOVER BANK | 10,869.71 | 0.00 | 710.15 |
| 6 | HSBC Bank Nevada, N.A (Bon Ton) | 1,598.83 | 0.00 | 104.46 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7,685.76 | 0.00 | 502.14 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8 | Chase Bank USA,N.A. | 3,022.96 | 0.00 | 197.50 |
| 9 | Fia Card Services, NA/Bank of America | 9,475.43 | 0.00 | 619.06 |

Total to be paid for timely general unsecured claims: $ 2,709.54
Remaining balance: $ -4.90

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ -4.90

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ -4.90

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-34949-JHS
Jacqueline A Upp                                                          Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: nmolina               Page 1 of 2            Date Rcvd: Mar 02, 2011
                              Form ID: pdf006             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2011.
```
db           +Jacqueline A Upp,    1403 Appomattox Trail,    Carol Stream, IL 60188-9067
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Michael Phelps Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, Il 60462-3760
aty          +Roberto T. Tirona,    Roberto T. Tirona, Attorney at Law,    P.O. Box 6347,    Aurora, IL 60598-0347
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
14497721      Bank of America,    Attn Bankruptcy Dept,    475 Cross Point Pkwy,    P O Box 9000,
               Getzville, NY 14068-9000
14497723     +Carson Pirie Scott,    Attn Judy Goggins,    331 W Wisconsin Ave,    Milwaukee, WI 53203-2295
14497724     +Chase,   P O Box 15145,    Wilmington, DE 19850-5145
14629458      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15159232     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14497725      Citibank,    P O Box 142319,   Irving, TX 75014-2319
14497729      Exxon Mobil,    P O Box 688940,    Des Moines, IA 50368-8940
15018140     +HSBC Bank Nevada, N.A (Bon Ton),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
14497720     +Harris NA,   Attn Bankruptcy Dept,    3800 W Golf Rd Ste 300,    Rolling Meadows, Il 60008-4005
14497727      JC Penney Co Inc,    P O Box 45270,    Salt Lake City, UT 84145-0270
14794984     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14497731      Phillips, 66-Conoco-79,    P O Box 689140,    Des Moines, IA 50368-9140
14497733      Sears Card,    P O Box 6283,   Sioux Falls, SD 57117-6283
14497732      Sears Gold Mastercard,    P O Box 6282,    Sioux Falls, SD 57117-6282
14497722      WFNNB-Avenue,    P O Box 182782,    Columbus, OH 43218-2782
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15004010       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2011 01:34:59     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
14497726       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2011 01:34:59     Discover,    P O Box 30943,
               Sal Lake City, UT 84130
15266174       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2011 00:03:47
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
14497728       E-mail/PDF: cr-bankruptcy@kohls.com Mar 02 2011 23:33:34     Kohl's,    P O Box 3043,
               Milwaukee, WI 53201-3043
14497734       E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2011 23:04:05     Walmart,    P O Box 981064,
               El Paso, TX 79998-1064
                                                                                              TOTAL: 5
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14497730     ##National City Bank,    P O Box 2349,    Kalamazoo, MI 49003-2349
                                                                                   TOTALS: 0, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: nmolina              Page 2 of 2              Date Rcvd: Mar 02, 2011
                              Form ID: pdf006            Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2011**               **Signature:**     *Joseph Speetjens*