**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: UPP, JACQUELINE §  Case No. 09-34949-JS
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $5,550.00  *(without deducting any secured claims)* | Assets Exempt: $47,905.45 |
| Total Distribution to Claimants: $159,664.12 | Claims Discharged Without Payment: $65,064.22 |
| Total Expenses of Administration: $27,837.52 | |

3) Total gross receipts of $ 201,501.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 14,000.00 (see **Exhibit 2**), yielded net receipts of $187,501.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $156,959.42 | $156,959.42 | $156,959.42 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 44,812.60 | 27,837.52 | 27,837.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 67,768.92 | 67,768.92 | 2,704.70 |
| **TOTAL DISBURSEMENTS** | $0.00 | $269,540.94 | $252,565.86 | $187,501.64 |

4) This case was originally filed under Chapter 7 on September 21, 2009. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011             By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1403 APPOMATTOX TRAIL, CAROL STREAM, IL | 1110-000 | 200,000.00 |
| CHECKING ACCOUNTS | 1129-000 | 1,500.00 |
| Interest Income | 1270-000 | 1.64 |
| **TOTAL GROSS RECEIPTS** | | **$201,501.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JACQUELINE UPP | DEBTOR'S EXEMPTION | 8100-002 | 14,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$14,000.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HARRIS BANK | 4110-000 | N/A | 89,490.34 | 89,490.34 | 89,490.34 |
| | HARRIS BANK | 4110-000 | N/A | 67,469.08 | 67,469.08 | 67,469.08 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$156,959.42** | **$156,959.42** | **$156,959.42** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 12,625.08 | 1,250.00 | 1,250.00 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 52.53 | 52.53 | 52.53 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 7,735.00 | 2,500.00 | 2,500.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 1,365.00 | 1,000.00 | 1,000.00 |
| DUPAGE COUNTY | 2820-000 | N/A | 2,402.12 | 2,402.12 | 2,402.12 |
| DUPAGE COUNTY | 2820-000 | N/A | 1,934.86 | 1,934.86 | 1,934.86 |
| CHICAGO TITLE & TRUST CO | 3510-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| DUPAGE COUNTY CLERK | 2820-000 | N/A | 2,591.82 | 2,591.82 | 2,591.82 |
| ASSOCIATED SURVEY GROUP | 2500-000 | N/A | 325.00 | 325.00 | 325.00 |
| KIM WIRTZ-PRINCE | 2500-000 | N/A | 624.67 | 624.67 | 624.67 |
| DAN & LISA OWENS | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| CHICAGO TITLE & TRUST CO | 2820-000 | N/A | 300.00 | 300.00 | 300.00 |
| CHICAGO TITLE | 2500-000 | N/A | 250.00 | 250.00 | 250.00 |
| CHICAGO TITLE | 2500-000 | N/A | 1,150.00 | 1,150.00 | 1,150.00 |
| CHICAGO TITLE & TRUST CO | 2820-000 | N/A | 2,402.12 | 2,402.12 | 2,402.12 |
| CHICAGO TITLE & TRUST COMPANY | 2820-000 | N/A | 49.45 | 49.45 | 49.45 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.95 | 4.95 | 4.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 44,812.60 | 27,837.52 | 27,837.52 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,955.11 | 4,955.11 | 323.16 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,846.60 | 2,846.60 | 185.65 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 423.69 | 423.69 | 27.63 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 594.54 | 594.54 | 38.77 |
| 5 | DISCOVER BANK | 7100-000 | N/A | 10,869.71 | 10,869.71 | 708.88 |
| 6 | HSBC Bank Nevada, N.A (Bon Ton) | 7100-000 | N/A | 1,598.83 | 1,598.83 | 104.27 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 7,685.76 | 7,685.76 | 501.24 |
| 8 | Chase Bank USA,N.A. | 7100-000 | N/A | 3,022.96 | 3,022.96 | 197.15 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 9,475.43 | 9,475.43 | 617.95 |
| SCHED | SEARS CARD | 7100-000 | 0.00 | 2,846.60 | 2,846.60 | 0.00 |
| SCHED | PHILLIPS 66 CONOCO 76 | 7100-000 | 0.00 | 594.54 | 594.54 | 0.00 |
| SCHED | SEARS GOLD MASTERCARD | 7100-000 | 0.00 | 5,222.61 | 5,222.61 | 0.00 |
| SCHED | JC PENNEY | 7100-000 | 0.00 | 2,624.00 | 2,624.00 | 0.00 |
| SCHED | EXXON MOBIL | 7100-000 | 0.00 | 379.06 | 379.06 | 0.00 |
| SCHED | WFNNB-AVENUE | 7100-000 | 0.00 | 373.00 | 373.00 | 0.00 |
| SCHED | WALMART | 7100-000 | 0.00 | 2,447.36 | 2,447.36 | 0.00 |
| SCHED | NATIONAL CITY BANK | 7100-000 | 0.00 | 8,868.82 | 8,868.82 | 0.00 |
| SCHED | KOHLS | 7100-000 | 0.00 | 2,940.30 | 2,940.30 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 67,768.92 | 67,768.92 | 2,704.70 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-34949-JS  
**Case Name:** UPP, JACQUELINE  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 09/21/09 (f)  
**§341(a) Meeting Date:** 11/03/09  

**Period Ending:** 05/11/11  
**Claims Bar Date:** 04/22/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1403 APPOMATTOX TRAIL, CAROL STREAM, IL | 235,000.00 | 33,567.00 | | 200,000.00 | FA |
| 2 | CHECKING ACCOUNTS | 7,190.47 | 0.00 | | 1,500.00 | FA |
| 3 | HOUSEHOLD GOODS | 2,850.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 5 | JEWELRY | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | IRA | 26,255.45 | 0.00 | | 0.00 | FA |
| 7 | 1999 FORD TAURUS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.64 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$274,245.92** | **$33,567.00** | | **$201,501.64** | **$0.00** |

**Major Activities Affecting Case Closing:**

   REAL ESTATE BROKER WAS EMPLOYED TO SELL REAL ESTATE; CONTRACT PENDING APPROVAL BY COURT; ALL MATTERS COMPLETE; FINAL REPORT INPROCESS OF DRAFT

**Initial Projected Date Of Final Report (TFR):**   December 30, 2011       **Current Projected Date Of Final Report (TFR):**   March 1, 2011  (Actual)

Printed: 05/11/2011 01:15 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-34949-JS  
**Case Name:** UPP, JACQUELINE  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****54-65 - Money Market Account  

**Taxpayer ID #:** **-***7235  
**Period Ending:** 05/11/11  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/10 | {2} | JACQUELINE UPP | SETTLEMENT IN DEBTOR'S BANK ACCOUNT | 1129-000 | 1,500.00 | | 1,500.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,500.04 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.06 | | 1,500.10 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 1,500.11 |
| 04/06/10 | | Wire out to BNYM account 9200******5465 | Wire out to BNYM account 9200******5465 | 9999-000 | -1,500.11 | | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers | -1,500.11 | 0.00 | |
| | **Subtotal** | 1,500.11 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$1,500.11** | **$0.00** | |

{} Asset reference(s)  
Printed: 05/11/2011 01:15 PM V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-34949-JS  
**Case Name:** UPP, JACQUELINE  

**Taxpayer ID #:** **-***7235  
**Period Ending:** 05/11/11  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****54-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 05/11/2011 01:15 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-34949-JS  
**Case Name:** UPP, JACQUELINE  
**Taxpayer ID #:** **-***7235  
**Period Ending:** 05/11/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | | 9999-000 | 1,500.11 | | 1,500.11 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | | 1270-000 | 0.05 | | 1,500.16 |
| 05/21/10 | | CHICAGO TITLE & TRUST CO | SALE OF REAL ESTATE | | | 6,059.99 | | 7,560.15 |
| | {1} | | | 200,000.00 | 1110-000 | | | 7,560.15 |
| | | HARRIS BANK | 1ST MORTGAGE | -89,490.34 | 4110-000 | | | 7,560.15 |
| | | HARRIS BANK | HOME EQUITY | -67,469.08 | 4110-000 | | | 7,560.15 |
| | | DUPAGE COUNTY | COUNTY TAXES 09 | -2,402.12 | 2820-000 | | | 7,560.15 |
| | | DUPAGE COUNTY | COUNTY TAXES 2010 | -1,934.86 | 2820-000 | | | 7,560.15 |
| | | | COMMISSION | -10,000.00 | 3510-000 | | | 7,560.15 |
| | | JACQUELINE UPP | DEBTOR'S EXEMPTION | -14,000.00 | 8100-002 | | | 7,560.15 |
| | | DUPAGE COUNTY CLERK | REDEMPTION OF 2008 TAXES | -2,591.82 | 2820-000 | | | 7,560.15 |
| | | ASSOCIATED SURVEY GROUP | SURVEY | -325.00 | 2500-000 | | | 7,560.15 |
| | | KIM WIRTZ-PRINCE | WATER & STAMPS | -624.67 | 2500-000 | | | 7,560.15 |
| | | DAN & LISA OWENS | 1ST CONTRACT FEE | -1,000.00 | 2500-000 | | | 7,560.15 |
| | | | TRANSFER TAX | -300.00 | 2820-000 | | | 7,560.15 |
| | | CHICAGO TITLE | WIRE FEES/TITLE CHARGES | -250.00 | 2500-000 | | | 7,560.15 |
| | | CHICAGO TITLE | TITLE INSURANCE | -1,150.00 | 2500-000 | | | 7,560.15 |
| | | | 2009 1ST INSTALLMENT | -2,402.12 | 2820-000 | | | 7,560.15 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | | 1270-000 | 0.13 | | 7,560.28 |
| 06/10/10 | 11001 | CHICAGO TITLE & TRUST COMPANY | COUNTY TAX PAYMENT | | 2820-000 | | 49.45 | 7,510.83 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | | 1270-000 | 0.31 | | 7,511.14 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | | 1270-000 | 0.32 | | 7,511.46 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | | 1270-000 | 0.31 | | 7,511.77 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 7,511.83 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 7,511.89 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 7,511.95 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 7,512.01 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 7,512.07 |
| 02/15/11 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-34949, Bond#016026455 | | 2300-000 | | 4.95 | 7,507.12 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.05 | | 7,507.17 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 7,507.23 |

Subtotals : $7,561.63    $54.40

{} Asset reference(s)

Printed: 05/11/2011 01:15 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-34949-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | UPP, JACQUELINE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******54-65 - Money Market Account |
| Taxpayer ID #: | **-***7235 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 7,507.23 |
| 04/01/11 | | To Account #9200******5466 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 7,507.23 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,561.63 | 7,561.63 | $0.00 |
| | | | Less: Bank Transfers | | 1,500.11 | 7,507.23 | |
| | | | Subtotal | | 6,061.52 | 54.40 | |
| | | | Less: Payments to Debtors | | | 14,000.00 | |
| | | | NET Receipts / Disbursements | | $6,061.52 | $-13,945.60 | |

{} Asset reference(s)

Printed: 05/11/2011 01:15 PM    V.12.56

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-34949-JS  
**Case Name:** UPP, JACQUELINE  
**Taxpayer ID #:** **-***7235  
**Period Ending:** 05/11/11  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/11 | | From Account #9200******5465 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 7,507.23 | | 7,507.23 |
| 04/04/11 | 10101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 6,257.23 |
| 04/04/11 | 10102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $52.53, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 52.53 | 6,204.70 |
| 04/04/11 | 10103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $2,500.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,500.00 | 3,704.70 |
| 04/04/11 | 10104 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,000.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,000.00 | 2,704.70 |
| 04/04/11 | 10105 | Chase Bank USA, N.A. | Dividend paid 6.52% on $4,955.11; Claim# 1; Filed: $4,955.11; Reference: | 7100-000 | | 323.16 | 2,381.54 |
| 04/04/11 | 10106 | PYOD LLC its successors and assigns as assignee of | Dividend paid 6.52% on $2,846.60; Claim# 2; Filed: $2,846.60; Reference: | 7100-000 | | 185.65 | 2,195.89 |
| 04/04/11 | 10107 | PYOD LLC its successors and assigns as assignee of | Dividend paid 6.52% on $423.69; Claim# 3; Filed: $423.69; Reference: | 7100-000 | | 27.63 | 2,168.26 |
| 04/04/11 | 10108 | PYOD LLC its successors and assigns as assignee of | Dividend paid 6.52% on $594.54; Claim# 4; Filed: $594.54; Reference: | 7100-000 | | 38.77 | 2,129.49 |
| 04/04/11 | 10109 | DISCOVER BANK | Dividend paid 6.52% on $10,869.71; Claim# 5; Filed: $10,869.71; Reference: | 7100-000 | | 708.88 | 1,420.61 |
| 04/04/11 | 10110 | HSBC Bank Nevada, N.A (Bon Ton) | Dividend paid 6.52% on $1,598.83; Claim# 6; Filed: $1,598.83; Reference: | 7100-000 | | 104.27 | 1,316.34 |
| 04/04/11 | 10111 | PYOD LLC its successors and assigns as assignee of | Dividend paid 6.52% on $7,685.76; Claim# 7; Filed: $7,685.76; Reference: | 7100-000 | | 501.24 | 815.10 |
| 04/04/11 | 10112 | Chase Bank USA,N.A. | Dividend paid 6.52% on $3,022.96; Claim# 8; Filed: $3,022.96; Reference: | 7100-000 | | 197.15 | 617.95 |
| 04/04/11 | 10113 | Fia Card Services, NA/Bank of America | Dividend paid 6.52% on $9,475.43; Claim# 9; Filed: $9,475.43; Reference: | 7100-000 | | 617.95 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,507.23 | 7,507.23 | $0.00 |
| | | | Less: Bank Transfers | | 7,507.23 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,507.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$7,507.23** | |

{} Asset reference(s)

Printed: 05/11/2011 01:15 PM    V.12.56

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 09-34949-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | UPP, JACQUELINE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******54-66 - Checking Account |
| Taxpayer ID #: | **-***7235 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---:|---:|
| Net Receipts : | 7,561.63 |
| Plus Gross Adjustments : | 193,940.01 |
| Less Payments to Debtor : | 14,000.00 |
| Net Estate : | $187,501.64 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **MMA # ***-*****54-65** | 1,500.11 | 0.00 | 0.00 |
| **Checking # ***-*****54-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******54-65** | 6,061.52 | -13,945.60 | 0.00 |
| **Checking # 9200-******54-66** | 0.00 | 7,507.23 | 0.00 |
| | $7,561.63 | $7,561.63 | $0.00 |

{} Asset reference(s)  Printed: 05/11/2011 01:15 PM  V.12.56